No. 1104. Trudell *v.* Mississippi; and
No. 1105. Lewis *v.* Mississippi.

May 5, 1947. *Per Curiam:* The appeals are dismissed and the petitions for writs of certiorari are

denied. Mr. Justice Murphy and Mr. Justice Rutledge are of the opinion that the petitions for certiorari should be granted. Mr. Justice Douglas took no part in the consideration or decision of these cases. *Thurgood Marshall* for appellants-petitioners. Reported below: No. 1104, 28 So. 2d 124; No. 1105, 28 So. 2d 122.